No. 10–9775. YELEY-DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9778. CARTWRIGHT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9779. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9781. MORALES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–9782. GADSDEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9794. NIXON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–109. CARDINAL v. METRISH, WARDEN. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–821. SISNEY v. REISCH ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–131. INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION ET AL. v. INDIANA PROTECTION AND ADVOCACY SERVICES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–822. COLLEGE STANDARD MAGAZINE ET AL. v. STUDENT ASSOCIATION OF THE STATE UNIVERSITY OF NEW YORK AT ALBANY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–944. HOLSTER v. GATCO, INC., DBA FOLIO ASSOCIATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1014. VIRGINIA EX REL. CUCCINELLI, ATTORNEY GENERAL OF VIRGINIA v. SEBELIUS, SECRETARY OF HEALTH AND